```
                                                            Page 1

 1                  UNITED STATES DISTRICT COURT
 2                  FOR THE NORTHERN DISTRICT
                    OF WEST VIRGINIA
 3                  (CLARKSBURG)
                    CIVIL ACTION NO. 1:10-cv-105
 4

 5   _____
                                                    Certified
     MARY LOUISE PEASLEE,                           Transcript
 6   Individually and as Executrix
     of the Estate of Paul C. Peaslee,  DEPOSITION OF:
 7   deceased,                          MARY LOUISE
                       Plaintiff,       PEASLEE
 8          vs.
     KAWASAKI MOTORS CORP., USA,
 9   a foreign corporation,
                       Defendant.
10   _____/
11
12
13            TRANSCRIPT of the stenographic
14   notes of the proceedings in the above-entitled
15   matter, as taken by and before Debra A. Volk, a
16   Professional Court Reporter and Notary Public of
17   the State of West Virginia, held at the offices
18   of ESTEP & SHAFFER, LC, 212 W. Main Street,
19   Kingwood, West Virginia 26537, on February 15,
20   2011, commencing at 2:23 p.m.
21
22
23
24
25       Job No. CS311586
```

EXHIBIT F

800-567-8658                                         973-410-4040

```
 1  Paul after the accident getting out of the Mule,
 2  showed him getting out with a cane?  Are you
 3  familiar with those photographs?
 4  A.        I saw them.  Neil Reed I think took
 5  them.
 6  Q.        Okay.  Do you know when those were
 7  taken?
 8  A.        No.
 9  Q.        Did Paul use a cane --
10  A.        No.  Only after the accident.
11  Q.        Again, allow me just to finish my
12  question.  You knew the question, but did Paul
13  use a cane before his accident?
14  A.        No, sir.
15  Q.        You had mentioned Paul was healed
16  from his injuries?
17  A.        The wound closed up.
18  Q.        When did the wound close up?
19  A.        Let me see.  It was after the second
20  lady that was helping me, because for a long time
21  we had to bath him.
22            MR. ESTEP:  He just wants to
23  know when it closed up if you know.
24            THE WITNESS:  Last June I
25  guess I'll say.
```

```
 1   woods was around and the open field, and he first
 2   went up and drove around the front -- after he
 3   fed the ones that come to the gate, he went up
 4   into the field and he didn't see any, so then he
 5   came back and started to go around close to the
 6   edge of the field to where the fence was so if
 7   there were any openings the fence was broken and
 8   the cattle had gotten out, he'd know where to fix
 9   the fence and get the cattle back in. And he's
10   driving -- he said it was an incline, I don't
11   know, I was never there.  He said that he went up
12   and saw this limb on the electric fence.  So he
13   pulled, stopped, and pulled the emergency brake,
14   and then when he got out he bumped the brake and
15   he never got the limb off of there and then it
16   started going backwards.
17   Q.          What did he bump the brake with?
18   A.          What did he bump the brake with?
19   Q.          Yes, ma'am.
20   A.          His body I guess.  His hip or --
21   Q.          Did he tell you specifically what
22   part?
23   A.          His pants leg or a hip, butt, one of
24   those.  I don't know because it was right there
25   close.  I seen the -- he just --
```

```
 1    Q.        Did he tell you which specific part
 2   of his body?
 3    A.        He just said that he bumped it.
 4    Q.        When did you have this conversation
 5   with Paul?
 6    A.        After he come home.  I don't know.
 7   I don't know which day.
 8    Q.        Do you think it was two months from
 9   the accident time or the time and date of the
10   accident?
11    A.        I'd have no idea when we talked.
12    Q.        Do you think it was -- when did he
13   come home? You just mentioned when he came home.
14    A.        Yeah.
15    Q.        What does that mean?  Was it --?
16    A.        Well, after he was home, after he
17   left the nursing home, see, then he came home.
18   He was home.  That's the first we was home.
19    Q.        And when he was first home was that
20   before Christmas 2009?  Before Thanksgiving 2009?
21    A.        I can't tell you right now.  I don't
22   know --
23    Q.        So it could've been the next year in
24   January 2010?
25    A.        I don't think so.  I think it was --
```