

# Kawasaki

Includes:
- Important Safety Information
- Operating Instructions
- Maintenance and Storage

# MULE™ 3010 TRANS4x4 Diesel Utility Vehicle

Read this manual carefully. It contains safety information.

# OWNER'S MANUAL

EXHIBIT

G

tabbies

## Parking the Mule

- Stop the vehicle on a level surface.

**CAUTION**

**Avoid parking on steeply inclined surfaces.**

- When the engine has stopped, apply the parking brake to help prevent the vehicle from rolling.



A. Parking Brake Lever

**⚠ WARNING**

**Be sure to apply the parking brake before leaving the vehicle. If the vehicle should move, it might be damaged or cause injury.**

- Remove the main switch key to prevent unauthorized use.
- When parking inside a garage or other structure, be sure the structure is well ventilated and the vehicle is not close to any source of flame or sparks. This includes any appliance with a pilot light.

**⚠ WARNING**

**Diesel fuel is extremely flammable and can be explosive under certain conditions.**