IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

- - - -

MARY LOUISE PEASLEE,          )
Individually and as           )
Executrix of the Estate       )
of Paul C. Peaslee,           )
deceased,                     )
                              )
         Plaintiff,           )
                              )
    vs.                       ) Civil Action
                              ) No. 1:10-cv-105
KAWASAKI MOTORS CORP.,        )
USA, a foreign                )
corporation,                  )
                              )
         Defendant.           )

- - - - -

VIDEOTAPED DEPOSITION OF RICKY K. PEASLEE

- - - - -

March 9, 2011

- - - - -

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING
AGENCY

- - - -

EXHIBIT H

PITTSBURGH ... ERVICE

Page 26

```
 1       R. Peaslee - by Mr. Marrion
 2    Q.  Okay.  So she said that your father
 3  was trapped underneath the Mule?
 4    A.  Right.
 5    Q.  When she called you on the second
 6  time?
 7    A.  Yes.
 8    Q.  But she didn't say how he became
 9  trapped underneath it, did she?
10    A.  No.
11    Q.  What time -- when you got to Ruby,
12  and that's Ruby Memorial?
13    A.  Yes.
14    Q.  Was your father in -- what did you
15  see?  Where was your father located?
16    A.  He was in the emergency room area.
17  Or maybe on -- I mean, he was in a holding area
18  waiting to -- he required surgery.
19    Q.  Okay.  Was your mother there at that
20  time?
21    A.  Yes.
22    Q.  Who else from your family was there?
23    A.  I believe my sister might have been
24  there at some point in that -- you know, at
25  some point that afternoon.
```

Page 27

```
 1       R. Peaslee - by Mr. Marrion
 2    Q.  Okay.  Was she --
 3    A.  I don't know if she was there right
 4  at the time.  I think she was there when I
 5  first got there.
 6    Q.  Okay.  What about your Uncle John?
 7  Was he there when you arrived?
 8    A.  No.
 9    Q.  Was your father conscious?  Was he
10  awake?
11    A.  Yes.
12    Q.  Was he lucid?  Could he talk to you?
13    A.  He could talk.
14    Q.  Okay.  Was he in a, you know, in a
15  gurney, in a bed?
16    A.  He was in a -- a gurney.  A cart.  I
17  mean, he was propped up.
18    Q.  Okay.  And it was your understanding
19  he was waiting to go into surgery when you saw
20  him?
21    A.  Yes.
22    Q.  Okay.  Do you know if he was on
23  medication, pain medication, when you first saw
24  him?
25    A.  I think -- I'm almost sure he was
```

Page 28

```
 1       R. Peaslee - by Mr. Marrion
 2  because he was -- his leg was hurting.
 3    Q.  Okay.  Did he tell you his leg was
 4  hurting --
 5    A.  Yes.
 6    Q.  -- when you talked to him?
 7    A.  Yes.
 8    Q.  Did he tell you any other parts of
 9  his body were hurting when you talked to him?
10    A.  No.
11    Q.  Okay.  Did you happen -- did you two
12  talk about how the accident happened?
13    A.  Yes.  Just -- I mean, we were more
14  concerned about his well-being at that time but --
15    Q.  Okay.
16    A.  Yes, we did.
17    Q.  What did you talk about?
18    A.  He said that he was out checking on
19  the cattle and some he couldn't find.  He went
20  up along the fence line to see if he could see
21  where they might have gotten out.  He saw a
22  tree limb on the fence, and so he stopped the
23  Mule to get out to take the tree limb off.
24        And as he went to get out, his leg,
25  his left leg, hit the emergency brake and
```

Page 29

```
 1       R. Peaslee - by Mr. Marrion
 2  released it, and it rolled downhill and hit the
 3  tree and then flipped over on him and trapped
 4  him underneath of it.
 5    Q.  Okay.  Did he tell you where on the
 6  farm this occurred?
 7    A.  It was at the -- one of the farms
 8  that he rents at the Craig -- we call it the
 9  Craig Place.
10    Q.  Okay.  Did he tell you where on the
11  Craig Place farm it happened?
12    A.  Not exactly.  I mean, it was --
13    Q.  Did he tell you generally where it
14  happened?
15    A.  It was along, you know -- he was
16  along -- looking along the fence line on the --
17  I know on the back side -- there is a front
18  side and a back side of the Craig Place.  He
19  said it was on the back side.
20    Q.  Okay.  Did he tell you what time of
21  day it happened?
22    A.  He didn't tell me, no.  No, he
23  didn't tell me.
24    Q.  Did he tell you if anyone was with
25  him?
```