Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

- - - - -

MARY LOUISE PEASLEE,      )
Individually and as       )
Executrix of the Estate   )
of Paul C. Peaslee,       )
deceased,                 )
                          )
      Plaintiff,          )
                          )
      vs.                 ) Civil Action
                          ) No. 1:10-cv-105
KAWASAKI MOTORS CORP.,    )
USA, a foreign            )
corporation,              )
                          )
      Defendant.          )

- - - - -

VIDEOTAPED DEPOSITION OF PAULA PEASLEE

- - - - -

March 9, 2011

- - - - -

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING
AGENCY

- - - - -

EXHIBIT I

PITTSBURGH ... SERVICE

Page 26

P. Peaslee - by Mr. Marrion

1  nurse was there, but I'm not sure.
2  Q. Okay. Was he on pain medicine when
3  you went up -- when you saw him for the first
4  time?
5  A. I don't think so because I got there
6  probably even before he did.
7  Q. Okay. Do you recall if he had an IV
8  in when you saw him?
9  A. No.
10 Q. No, he didn't have an IV, or, no,
11 you don't recall?
12 A. No, he didn't have an IV.
13 Q. What, were his legs bandaged at the
14 time?
15 A. No.
16 Q. No?
17 A. I saw his leg.
18 Q. What did his leg look like? Let me
19 back up. Did he have his pants on, his --
20 A. I've been trying to remember this.
21 I think his pants were on.
22 Q. Okay. And so he was in a gurney
23 when you saw him, like a bed that (indicating) --
24 A. Yes.

Page 27

P. Peaslee - by Mr. Marrion

1  Q. A hospital bed?
2  A. Yeah.
3  Q. Okay. As far as you can remember?
4  A. Well, I guess I'm just picturing a
5  hospital bed and the emergency room bed. I
6  think maybe there is a little bit of difference
7  but --
8  Q. But he wasn't in a wheelchair?
9  A. Oh, no.
10 Q. Okay. And did anyone from your
11 family show up thereafter once you got to your
12 father?
13 A. Like I said, I just saw him for a
14 minute. And then I went out to the car because
15 I remember mother and Jason pulling up. As I
16 was walking back in the hospital, I saw them.
17 Q. Okay. And Jason is your second
18 cousin?
19 A. Yes.
20 Q. That minute that you saw your
21 father, did you get a chance to talk to him?
22 A. Yes.
23 Q. What did you say to him?
24 A. I said, the tractor upset on you?

Page 28

P. Peaslee - by Mr. Marrion

1  And he said, no, the Mule.
2  Q. So that first thing that was said
3  when you came upon your dad at the hospital was
4  that what you just --
5  A. Well, no. I -- you know, I
6  probably --
7  Q. Probably asked him how are you
8  doing, or something along those lines?
9  A. Oh. I'm just sure I said something
10 loving.
11 Q. Sure. Of course. And then you said
12 that phrase about the tractor upsetting on you?
13 A. Yes. And I've had trouble
14 remembering this part.
15 Q. And he said --
16 A. But, you know, since I had pictured
17 in my mind that his legs were going to be off,
18 I'm sure that's when I asked him.
19 Q. Okay. Of course. And so when you
20 asked him about the tractor upsetting on him,
21 he responded by saying, no, it was the Mule?
22 A. Yes.
23 Q. Did he say anything else about the
24 Mule?

Page 29

P. Peaslee - by Mr. Marrion

1  A. No.
2  Q. He didn't say anything else about
3  how the accident happened?
4  A. No.
5  Q. And then you left to go out to your
6  car?
7  A. Yes. I maybe stood in the hall for
8  a while, but I'm just -- I remember when mother
9  got there, and I knew I was outside; so --
10 Q. Okay. When you were with your
11 father for the first time, did he mention
12 anything about the parking lever?
13 A. No.
14 Q. Okay. Now you're with your mother
15 and your cousin, Jason, out in the parking
16 area. Did you come back into the hospital?
17 A. They were right at the door.
18 Q. Okay. And then what happened next?
19 A. We got mother out of the car and
20 went up.
21 Q. And went up to your father?
22 A. Right.
23 Q. Okay. Tell me how that went. Did
24 you -- was your father in any different

8 (Pages 26 to 29)

PITTSBURGH REPORTING SERVICE
412-575-5830