ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
WEST VIRGINIA
(CLARKSBURG)

MARY LOUISE PEASLEE,
Individually and as Executrix of the Estate
of Paul C. Peaslee, deceased,
    Plaintiff,

                    CIVIL ACTION NO. 1:10-cv-105

vs.

KAWASAKI MOTORS CORP., USA,
a foreign corporation
    Defendant.

                    Thursday, February 10, 2011
                    Abingdon, Virginia

Deposition of

            KEN WORLEY,

a witness, called for examination by counsel on behalf of the complainant, pursuant to notice and any and all purposes as permitted by law, taken at the Hampton Inn Abingdon, 340 Commerce Drive, Abingdon, Virginia, beginning at 10:32 a.m., before Lori Ryder Garwood, Court Reporter and Notary Public in and for the Commonwealth of Virginia, when there were present on behalf of the respective parties:

*Judy C. Ryder & Associates*

EXHIBIT
J

Phone: (276)            6) 395-7857

1  between your phone call with him that was a week
2  after the accident and your visit with him?
3       A     No, I can't.
4       Q     Did there ever come a point in time in
5  your discussions with Mr. Peaslee either face to
6  face or by telephone, when he provided you with any
7  more information about how the accident occurred
8  beyond what you have already relayed to me?
9       A     I think -- yeah, I think that he -- he told
10 me that he thought that his leg had -- when he
11 started to get out of the vehicle, his leg had
12 disengaged the park brake.
13      Q     At some point he told you he thought
14 that's what happened?
15      A     Right?
16      Q     He said he thought his leg disengaged
17 the brake?
18      A     Right.
19      Q     When did he tell you that for the first
20 time?
21      A     I don't know.  I can't give you a specific
22 date.
23      Q     We're talking months after the accident?
24      A     Yeah.  Well, I'd say within the month.
25 Yeah.